Commonwealth ex rel. Eaton, Appellant, v.
Myers.

Submitted December 13, 1965. *James Eaton,* appellant, in propria persona; *Henry J. Rutherford,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Fields, Appellant, v.
Cavell.

Submitted December 13, 1965. *Billy L. Fields,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Galdi, Appellant, v.
Galdi.

Argued December 13, 1965. *Wilbur Greenberg,* with him *Miller, Pincus & Greenberg,* for appellant; no argument was made nor brief submitted for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

FLOOD, J., absent.